# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| 1021018 ALBERTA LTD.<br>Plaintiff,<br>v.<br>PPS Secure, Ltd., an Illinois corporation d/b/a Premier Payment Systems; et al., Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

1021018 ALBERTA LTD., plaintiff

| NAME (Type or print) |
|---|
| Kourtney A. Mulcahy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kourtney A. Mulcahy |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06276695 | TELEPHONE NUMBER<br>(312) 704-3000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐