**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

| | |
|---|---|
| 1021018 Alberta Ltd., | |
| Plaintiff, | |
| v. | Case No.: 1:10–cv–00161 |
| | Honorable Rebecca R. Pallmeyer |
| PPS Secure, Ltd., an Illinois corporation d/b/a Premier Payment Systems, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 12, 2010:

    MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 3/15/2010 at 09:00 AM, courtroom 2119. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.