**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

1021018 Alberta Ltd.,

               Plaintiff,

v.                                 Case No.: 1:10–cv–00161

                                 Honorable Rebecca R. Pallmeyer

PPS Secure, Ltd., et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 3, 2010:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Rule 16 conference set for 6/8/2010 is stricken. Discovery schedule entered as follows: Initial disclosures to be made by 6/9/2010. Plaintiff is given to and including 8/2/2010 to amend all pleadings, and to 8/2/2010 to add any additional parties. Defendant is given to and including 8/2/2010 to amend all pleadings, and to 8/2/2010 to add any additional parties. Initial expert disclosures by 10/1/2010; rebuttal expert disclosures by 11/15/2010. Factual discovery ordered closed by 9/30/2010. Dispositive motions with supporting memoranda due by 3/15/2011. Pretrial Order draft due 5/1/2011; Joint Final Pretrial Order due by 5/16/2011. Status hearing set for 8/16/2010 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.